UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED and BURBERRY USA,

                Plaintiffs,

v.

DESIGNER IMPORTS, INC.,

                Defendant.

JUDGE CROTTY

07 CIV 3997



### CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
### OF PLAINTIFFS BURBERRY LIMITED and BURBERRY USA

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiffs certifies that there exists the following parent corporation: BURBERRY GROUP PLC. BURBERRY GROUP PLC is a UK corporation, which is traded on the London Stock exchange.

Dated: New York, New York
       May 22, 2007

                                      Respectfully submitted,

                                      **ARNOLD & PORTER LLP**

                                      By: _____
                                        Anthony D. Boccanfuso (AB5403)
                                        399 Park Avenue
                                        New York, New York 10022-4690
                                        (212) 715-1000

Roberta L. Horton
Michael Allan
(*pending pro hac vice*)
555 Twelfth Street, N.W.
Washington, D.C. 20004

(202) 942-5000

*Counsel for Plaintiffs*