**Exhibit A**

# THE BURBERRY CHECK
# TRADEMARK



Exhibit B

# THE BURBERRY KNIGHT



Exhibit C

| Trademark | Reg. No. | Reg. Date | Goods Covered |
|-----------|----------|-----------|---------------|
| BURBERRY CHECK | 1,241,222 | 06/07/1983 | coats, topcoats, jackets, trousers, slacks, waistcoats, skirts, capes, hats, bonnets, berets, shirts, scarves, shawls and blouses. |
| BURBERRY CHECK | 1,855,154 | 09/20/1994 | watches, clocks and parts therefore; straps, bracelets for wrist watches, jewelry; costume jewelry, tie pins, cuff links |
| BURBERRY CHECK | 2,015,462 | 11/12/1996 | socks |
| BURBERRY CHECK | 2,022,789 | 12/17/1996 | suitcases, traveling bags, holdalls, suit and garment carriers for travel, attaché cases, document cases, briefcases, purses, drawstring pouches, wallets, billfolds, passport holders, key cases, handbags, shoulder bags, credit card cases, business card cases, toilet bags sold empty, toilet cases sold empty, shaving bags sold empty, tie cases for travel, umbrellas and parasols; clothing for men and women, namely, scarves, pullovers, cardigans, sweaters, overcoats, raincoats, shirts, belts; slippers for men; golf bags, golf club covers, golf ball holders, cases containing golf balls, golf tees and golf markers, cases for holding score cards, pens and pencils for use in golf; traveling comforter, namely, fabric blanket-like articles for keeping warm, e.g., when traveling in cold climates, or for use as a stadium blanket |
| BURBERRY CHECK | 2,612,272 | 08/27/2002 | retail services in the fields of clothing, accessories, shoes, luggage, leather goods and fragrances. |
| BURBERRY CHECK | 2,689,921 | 02/25/2003 | Perfumes, eau de toilettes, body lotion; soaps; personal deodorants; eau de parfums; aftershaves; shampoo for the hair and for the body; shower gels; bath gels. |
| BURBERRY CHECK | 2,845,852 | 05/25/2004 | Sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; carrying cases and holders for portable computers and mobile telephones. |

| Trademark | Reg. No. | Reg. Date | Goods Covered |
|---|---|---|---|
| BURBERRY KNIGHT | 862,816 | 12/31/1968 | Textile piece goods made of wool, cotton and man-made fibres and combinations of these. |
| BURBERRY KNIGHT | 863,179 | 01/07/1969 | coats, topcoats, jackets, suits, breeches, trousers, slacks, shorts, riding habits, waistcoats, gaiters, leggings, overalls, skirts, fur coats, fur jackets, capes, hats, caps, helmets, bonnets, hoods, toques, berets, neckties, stockings, socks, braces, suspenders, garters, belts, boots, shoes, slippers, sandals, underwear, gloves, shirts, collars, pajamas, lingerie, dressing gowns, cardigans, sweaters, pullovers, scarves, corsetry, foundation garments, brassieres, blouses, swimwear, beach robes, dresses, skiwear, fishing, waders, and handkerchiefs |
| BURBERRY KNIGHT | 1,622,186 | 11/13/1990 | sunglasses, goggles for protection against the glare by the sun; spectacles, frames and lenses |
| BURBERRY KNIGHT | 2,512,119 | 11/27/2001 | non-medicated toilet preparations, namely, perfumes, eau de cologne, and toilet water, essential oils for personal use, cosmetic preparations for the teeth and for the hair, namely, toothpastes, shampoos, conditioners, hair sprays, hair gels. Soaps for the body, shower gels and bath gels and bath foams; antiperspirants and deodorants; shaving preparations and potpourri. |
| BURBERRY KNIGHT | 2,952,399 | 11/13/1990 | sunglasses, combined sunglasses and goggles, goggles, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; computer carrying cases and specialty holsters and cases for carrying mobile telephones. |

Exhibit D



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**March 28, 2003**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,241,222* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *June 07, 1983*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *June 07, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *BURBERRY LIMITED*
   *A UNITED KINGDOM CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

**E. BORNETT**
**Certifying Officer**



Nº 1241222

# THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this seventh day of June, 1983.

ACTING COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,241,222
Registered Jun. 7, 1983

## TRADEMARK
### Principal Register



Burberrys Limited (United Kingdom corporation)
18/22 Haymarket
London, England SWIY 4DQ

For: COATS, TOP COATS, JACKETS, TROUSERS, SLACKS, WAISTCOATS, SKIRTS, CAPES, HATS, BONNETS, BERETS, SHIRTS, SCARVES, SHAWLS AND BLOUSES, in CLASS 25 (U.S. Cl. 39).

First use Mar. 1, 1923; in commerce Jul. 1, 1924.

The designated colors are a feature of the mark and the colors and shades of colors are light tan, dark tan, light brown, dark brown, black, white, very dark red, dark red, medium red, light red, dark grey, medium grey and light grey.

Sec. 2(f).

Ser. No. 170,890, filed May 18, 1978.

HENRY S. ZAK, Examining Attorney

724225

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 30, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,855,154* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *September 20, 1994*
*SECTION 8 & 15*
*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
*LESS GOODS*
SAID RECORDS SHOW TITLE TO BE IN:
  *BURBERRY LIMITED*
  *AN UK CORP*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

E. BORNETT
Certifying Officer

# The United States of America

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twentieth day of September 1994.



Bruce Lehman

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,855,154

Registered Sep. 20, 1994

OG Date Sep. 26, 1995

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KING-
DOM LIMITED LIABILITY COMPA-
NY),
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

OWNER OF U.S. REG. NO. 1,393,979.
THE DRAWING IS LINED FOR THE
COLORS AND SHADES OF LIGHT TAN,
DARK TAN, LIGHT BROWN, DARK
BROWN, BLACK, WHITE, VERY DARK
RED, DARK RED, MEDIUM RED,

LIGHT RED, DARK GRAY, MEDIUM
GRAY AND LIGHT GRAY.

FOR: WATCHES, CLOCKS, AND
PARTS THEREFOR; STRAPS, BRACE-
LETS FOR WRIST WATCHES; (POCKET
WATCHES; JEWELRY; COSTUME JEW-
ELRY, TIE PINS,) CUFF LINKS, IN
CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE: 0-0-1982; IN COMMERCE
0-0-1982.

SER. NO. 74-237,110, FILED 1-13-1992.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 26, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Exhibit F



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Commissioner of Patents and Trademarks

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,015,462
Registered Nov. 12, 1996

### TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1994; IN COMMERCE 4-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE MARK IS LINED FOR THE COLORS LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GREY, MEDIUM GREY, AND LIGHT GREY.

BLACK IS CLAIMED AS A FEATURE OF THE AREAS THAT ARE COMPLETELY DARKENED. WHITE IS CLAIMED AS A FEATURE OF THOSE AREAS THAT ARE NOT DARKENED AND ARE WITHOUT LINING.

THE MARK IS COMPRISED OF A REPEATING PLAID PATTERN. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED AS TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 75-022,360, FILED 11-20-1995.

ANDREW LAWRENCE, EXAMINING ATTORNEY

**Exhibit G**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 27, 2003

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,022,789 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM   December 17, 1996
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   BURBERRY LIMITED
   A CORPORATION OF THE UNITED KINGDOM

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

P. SWAIN
Certifying Officer



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Commissioner of Patents and Trademarks

Int. Cls.: 18, 24, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 22, 23, 38, 39, 41, 42 and 50

**United States Patent and Trademark Office**      Reg. No. 2,022,789
                                                   Registered Dec. 17, 1996

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUITCASES, TRAVELING BAGS, HOLDALLS, SUIT AND GARMENT CARRIERS FOR TRAVEL, ATTACHE CASES, DOCUMENT CASES, BRIEFCASES, PURSES, DRAWSTRING POUCHES, WALLETS, BILLFOLDS, PASSPORT HOLDERS, KEY CASES, HANDBAGS, SHOULDER BAGS, CREDIT CARD CASES, BUSINESS CARD CASES, TOILET BAGS SOLD EMPTY, TOILET CASES SOLD EMPTY, SHAVING BAGS SOLD EMPTY, TIE CASES FOR TRAVEL, UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1969; IN COMMERCE 0–0–1974.

FOR: TRAVELING COMFORTER, NAMELY, FABRIC BLANKET-LIKE ARTICLES FOR KEEPING WARM, E.G., WHEN TRAVELING IN COLD CLIMATES, OR FOR USE AS A STADIUM BLANKET , IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3–0–1976; IN COMMERCE 0–0–1976.

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, SCARVES, PULLOVERS, CARDIGANS, SWEATERS, OVERCOATS, RAINCOATS, SHIRTS, BELTS; SLIPPERS FOR MEN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3–1–1923; IN COMMERCE 7–1–1924.

2

2,022,789

FOR: GOLF BAGS, GOLF CLUB COVERS, GOLF BALL HOLDERS, GOLF CLUB COVERS, GOLF BALLS, GOLF TEES AND GOLF MARKERS, CASES FOR HOLDING SCORE CARDS, PENS AND PENCILS FOR USE IN GOLF , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE FOLLOWING COLORS AND SHADES OF COLORS ARE CLAIMED AS FEATURES OF THE MARK; LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY. THE COLOR LINING SYMBOLS FOR RED, BROWN AND GRAY ARE SHOWN IN THE DRAWING.

THE MARK CONSISTS OF A RED, BROWN, GRAY, BLACK, AND WHITE PLAID PATTERN APPLIED UNIFORMLY OVER THE GOODS OR SIGNIFICANT PARTS THEREOF. THE BROKEN LINES IN THE DRAWING ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 74–532,896, FILED 6–3–1994.

ANDREW LAWRENCE, EXAMINING ATTORNEY

Exhibit H

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**February 01, 2005**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,612,272* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *August 27, 2002*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

E. BORNETT
Certifying Officer





## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,612,272

United States Patent and Trademark Office

Registered Aug. 27, 2002

## SERVICE MARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, SHOES, LUGGAGE, LEATHER GOODS AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1995; IN COMMERCE 4-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART IN THE SALE AND ADVERTISING OF THE SERVICES. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 76-255,090, FILED 5-10-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Exhibit I



724225

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**April 30, 2004**

**THE ATTACHED U.S. TRADEMARK REGISTRATION 2,689,921 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.**

**REGISTERED FOR A TERM OF *10* YEARS FROM  *February 25, 2003***
**SAID RECORDS SHOW TITLE TO BE IN:  *Registrant***

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

E. BORNETT
**Certifying Officer**

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,689,921
Registered Feb. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM
    CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: PERFUMES, EAU DE TOILETTES, BODY
LOTION; SOAPS; PERSONAL DEODORANTS; EAU
DE PARFUMS; AFTERSHAVES; SHAMPOO FOR
THE HAIR AND FOR THE BODY; SHOWER GELS;
BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND
52).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
UNITED KINGDOM APPLICATION NO. 2225922,
FILED 3-15-2000, REG. NO. 2225922, DATED 11-9-
2001, EXPIRES 3-15-2010.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789
AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN,
BLACK, GREY, WHITE AND RED.

THE MARK CONSISTS OF A DESIGN USED IN
WHOLE AND IN PART ON OR IN CONNECTION
WITH THE GOODS. THE BROKEN LINES IN THE
DRAWING SIGNIFY THAT THE MARK IS NOT
LIMITED TO POSITION OR PLACEMENT.

SER. NO. 76-197,401, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY



1201900

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS; SHALL COME;

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

July 27, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,845,852 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *May 25, 2004*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

P. R. GRANT
**Certifying Officer**

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,845,852

United States Patent and Trademark Office

Registered May 25, 2004

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: SUNGLASSES, SPECTACLES, OPTICAL GLASSES; FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; CARRYING CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN, BLACK, GRAY, WHITE AND RED. THE VERTICAL LINES ARE FOR THE COLOR RED. THE DIAGONAL LINES ARE FOR THE COLOR TAN AND THE HORIZONTAL DASHED LINES ARE FOR THE COLOR GRAY.

THE MARK CONSISTS OF A PATTERN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE PERIMETER SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SN 76-424,106, FILED 6-20-2002.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Exhibit K



# The United States of America

## CERTIFICATE OF RENEWAL

Reg. No. __862,816__

Application to renew the above identified registration having been duly filed in the Patent and Trademark Office and there having been compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

This is to certify that said registration has been renewed in accordance with the Trademark Act of 1946 to   Burberrys Limited, of London, England
A British Corporation

and said registration will remain in force for twenty years from December 31, 1988 unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this thirteenth day of June, 1989.

Commissioner of Patents and Trademarks



Nº 862816

## THE UNITED STATES OF AMERICA

This is to certify that from the records of the Patent Office it appears that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent Office to be affixed this thirty-first day of December, 1968.

*Edward J Brenner*

COMMISSIONER OF PATENTS



Int. Cl.: 24

Prior U.S. Cl.: 42

United States Patent and Trademark Office

Renewal

Reg. No. 862,816

Registered Dec. 31, 1968

OG Date June 13, 1989

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KING-
DOM COMPANY)
18/22 HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

OWNER OF GREAT BRITAIN REG.
NO. 901847, DATED 11-21-1966.

APPLICANT DISCLAIMS THE
LETTER "B" APART FROM THE MARK
AS SHOWN.

FOR: TEXTILE PIECE GOODS MADE
OF WOOL, COTTON AND MAN-MADE
FIBRES AND COMBINATIONS THERE-
OF, IN CLASS 42 (INT. CL. 24).

SER. NO. 289,475, FILED 1-24-1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 13, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Exhibit L**



Nº  863179

## THE UNITED STATES OF AMERICA

This is to certify that from the records of the Patent Office it appears that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent Office to be affixed this seventh day of January, 1969.



Edward J Brenner

COMMISSIONER OF PATENTS

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Renewal

Reg. No. 863,179
Registered Jan. 7, 1969
OG Date June 13, 1989

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (GREAT BRIT-
AIN COMPANY)
18/22 HAYMARKET
LONDON, ENGLAND SW 1

OWNER OF GREAT BRITAIN REG.
NO. 901848, DATED 11-21-1966.
OWNER OF U.S. REG. NOS. 93,819,
756,953 AND OTHERS.
APPLICANT DISCLAIMS THE
LETTER "B" APART FROM THE MARK
AS SHOWN.

FOR: COATS, TOPCOATS, JACKETS,
SUITS, BREECHES, TROUSERS,
SLACKS, SHORTS, RIDING HABITS,
WAISTCOATS, [GAITERS, LEGGINGS,]
OVERALLS, SKIRTS, [FUR COATS, FUR

JACKETS,] CAPES, HATS, CAPS, [HEL-
METS,] BONNETS, HOODS, [TOQUES,]
BERETS, NECKTIES, STOCKINGS,
SOCKS, BRACES, SUSPENDERS, GAR-
TERS, BELTS, BOOTS, SHOES, SLIP-
PERS, SANDALS, [UNDERWEAR,]
GLOVES, SHIRTS,COLLARS, PAJAMAS,
[LINGERIE] DRESSING GOWNS, CAR-
DIGANS, SWEATERS, PULLOVERS,
SCARVES, [CORSETRY, FOUNDATION
GARMENTS, BRASSIERES,] BLOUSES,
[SWIMWEAR,] BEACH ROBES,
DRESSES, SKIWEAR, [FISHING
WADERS,] AND HANDKERCHIEFS, IN
CLASS 39 (INT. CL. 25).

SER. NO. 289,474, FILED 1-24-1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 13, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS



# The United States of America

## CERTIFICATE OF RENEWAL

Reg. No. 863,179

Application to renew the above identified registration having been duly filed in the Patent and Trademark Office and there having been compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

This is to certify that said registration has been renewed in accordance with the Trademark Act of 1946 to   Burberrys Limited, of London, Egland
A British Corporation

and said registration will remain in force for twenty years from   January 7, 1989 unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this thirteenth day of June, 1989.

Commissioner of Patents and Trademarks

Exhibit M





### The United States of America

№ 1622186

#### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

#### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this thirteenth day of November 1990.



*Harry F. Manbeck, Jr.*

Commissioner of Patents and Trademarks



UNITED STATES DEPAR.  ENT OF COMMERCE
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 1622186     SERIAL NO: 73827768     MAILING DATE: 03/24/2001
REGISTRATION DATE: 11/13/1990
MARK: B PRORSUM AND DESIGN
REGISTRATION OWNER: BURBERRY LIMITED
CORRESPONDENCE ADDRESS:

SUSAN PROGOFF
FISH & NEAVE
1251 AVENUE OF THE AMERICAS
NEW YORK NY  10020

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*************************************************

## NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
009.

EVERETT, PATRICIA
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 :9:99:

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,622,186

## United States Patent and Trademark Office

Registered Nov. 13, 1990

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22, HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

FOR: SUNGLASSES, GOGGLES FOR PROTECTION AGAINST GLARE BY THE SUN; SPECTACLES; FRAMES AND LENSES, IN CLASS 9 (U.S. CL. 26).

OWNER OF UNITED KINGDOM REG. NO. 1263735, DATED 4-1-1986, EXPIRES 4-1-1993.

OWNER OF U.S. REG. NOS. 756,953, 1,473,413 AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD "PRORSUM" IN THE MARK IS "FORWARDS".

SER. NO. 73-827,768, FILED 7-24-1989.

KATHERINE STOIDES, EXAMINING ATTORNEY

Exhibit N

10895-35

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



*Nicholas P. Godici*

Acting Director of the United States Patent and Trademark Office

## Requirements for Maintaining a
## Federal Trademark Registration

# SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the
registration shall be canceled for failure to file an Affidavit of Continued
Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the
expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of
       registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the
cancellation of the registration.*

# SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions
of Section 8, except that the registration shall expire for failure to file an
Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C.
§1059, at the end of each successive 10-year period following the date of
registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in
the expiration of the registration.*

No further notice or reminder of these requirements will be sent to the
Registrant by the Patent and Trademark Office. It is recommended
that the Registrant contact the Patent and Trademark Office
approximately one year before the expiration of the time periods shown
above to determine the requirements and fees for the filings required to
maintain the registration.

Int. Cls.: 3 and 18

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 41, 50, 51 and 52

Reg. No. 2,512,119

**United States Patent and Trademark Office**  Registered Nov. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARATIONS, NAMELY, PERFUMES, EAU DE COLOGNE, AND TOILET WATER, ESSENTIAL OILS FOR PERSONAL USE, COSMETIC PREPARATIONS FOR THE TEETH AND FOR THE HAIR, NAMELY, TOOTHPASTES, SHAMPOOS, CONDITIONERS, HAIR SPRAYS, HAIR GELS, SOAPS FOR THE BODY, SHOWER GELS AND BATH GELS, AND BATH FOAMS; ANTIPERSPIRANTS AND DEODORANTS; SHAVING PREPARATIONS AND POT POURRI, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETIC BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; CASES FOR PERSONAL ORGANIZERS AND FOR MOBILE TELEPHONES; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2225878, FILED 3-15-2000, REG. NO. 2225878, DATED 3-15-2000, EXPIRES 3-15-2010.

OWNER OF U.S. REG. NOS. 93,819, 1,903,508 AND OTHERS.

SER. NO. 76-069,307, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY