# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

BURBERRY LIMITED and BURBERRY USA,

Plaintiffs,

v.

DESIGNERS IMPORTS, INC. d/b/a DESIGNERS IMPORTS.COM USA, INC.,

Defendant.

**AMENDED SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ. 3997 (PAC)

TO: (Name and Address of Defendant)

Designers Imports, Inc. d/b/a Designers Imports.com USA, Inc.
11 Lake Street
No. 201
Monroe, New York 10950
           - and -
1117 Route 17M
Suite 2
Monroe, New York 10950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Anthony D. Boccanfuso, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 5 2007

CLERK

(BY) DEPUTY CLERK

DATE

# AFFIDAVIT OF SERVICE

**R.D. WELLS SERVICES**

Index # *07 CIV 3997*

**STATE OF NEW YORK** *UNITED STATES DISTRICT* **Court,**   *SOUTHERN DISTRICT OF NEW YORK*

| | |
|---|---|
| BURBERRY LIMITED ,etal | **Plantiff** |
| against | |
| DESIGNERS IMPORTS, INC,etc, | **Defendant** |

**STATE OF NEW YORK**
County of: *ALBANY*

*Robert Wells*, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: *6/6/2007* at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Amended Summons & Amended Complaint in a Civil Case, Civil Cover Sheet, Corporation Disclosure Statement, Individual Practices of Judge Paul A. Crotty & Judge Henry Pitman* on **DESIGNERS IMPORTS.COM USA, INC.**

Defendant in this action, by delivering to and leaving with **Donna Christi** an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of Dollars. That said service was made pursuant to Section **306**, Business Corporation Law.

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:  Skin Color:  Hair Color: Age (Approx.)  Height (Approx.) Weight (Approx.)

*Female   White    Blonde    35       5'2       140*

Other Identifying Features:

*Robert Wells*

**Sworn to before me, this**

*12* day of *June*, 200 *7*

Notary Public-Commissioner of Deeds

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov. 2, 200*8*

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203