UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BURBERRY LIMITED AND BURBERRY USA         Case No.: 07 CV 3997
                                          (Judge Crotty)
**Plaintiffs,**
                    v.                    **Rule 7.1 Statement**
DESIGNERS IMPORTS, INC. d/ba
DESIGNERS IMPORTS.COM USA, INC.
**Defendants**

---

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Designersimports.com USA, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 10, 2007

                                                            Signature of Attorney

                                                            **Attorney Bar Code: 2500**

Form Rule7.1.pdf