# ARNOLD & PORTER LLP

**Anthony D. Boccanfuso**
Litigation Manager
Anthony_Boccanfuso@aporter.com

Admitted to the New York Bar

212.715.1315
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

July 12, 2007

**VIA FACSIMILE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 3 2007
```

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Burberry Limited, et ano. v. Designer Imports, Inc.*, 07 Civ. 3997 (PAC)

Your Honor:

**MEMO ENDORSED**

✱ This firm represents the plaintiffs in the above-referenced action. We write this letter on behalf of both plaintiffs and defendant to request an adjournment of the initial pretrial conference currently scheduled before Your Honor on July 26, 2007 at 2:15 p.m.

This is the first scheduled date for this pretrial conference and therefore no previous request for an adjournment has been made. Counsel for the defendant, Mr. Stanley R. Goodman joins in this request for an adjournment of the July 26 initial conference.

I have conferred with Mr. Goodman and we propose adjourned dates for this conference of August 13, 14, or 15, 2007. We also respectfully request that the conference be scheduled in the morning, if possible.

Respectfully submitted,

Anthony D. Boccanfuso

cc: Stanley R. Goodman, Esq. (via Fax)

**MEMO ENDORSED**

*July 13, 2007*
✱ Application **GRANTED**
SO Ordered
/s/ Paul Crotty

✱ The dates suggested are not conveinant to the Court. The Court suggests:
Aug 22-24
Aug 29-31
Sept 10-14

Washington, DC   New York   London   Brussels   Los Angeles   Century City   Northern Virginia   Denver