UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED and BURBERRY USA,

                Plaintiffs,

v.

DESIGNERS IMPORTS, INC. d/b/a
DESIGNERS IMPORTS.COM USA, INC.,

                Defendant.

07 Civ. 3997 (PAC)

Order

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Anthony D. Boccanfuso, Esq., a member of the Bar of this Court, it is

ORDERED that Roberta L. Horton, Esq. and Kimberly Isbell, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for plaintiffs.

Dated:    New York, New York
             October 22, 2007

SO ORDERED:

_____
U.S.D.J.