USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 18 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

BURBERRY LIMITED and BURBERRY USA,    :

             Plaintiff(s),    :

      -against-    :

DESIGNERS IMPORTS, INC. d/b/a DESIGNERS    :
IMPORTS.COM USA, INC.,    :

             Defendant(s).    :

-------------------------------------------------------------------- x

07 Civ. 3997 (PAC)

THIRD AMENDED
CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

       This Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16(f), Fed. R. Civ. P.

1.     All parties (consent) (do not consent) to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2.     This case (is) (is not) to be tried to a jury. The parties dispute the jury trial issue.

3.     Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within -- days from the date of this Order. N/A.

4.     Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed not later than -- days from the date of this Order. N/A.

5.     All fact discovery shall be completed no later than July 8, 2008.

6.     The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:

     a.     Initial requests for production of documents to be served by November 5, 2007.

     b.     Interrogatories to be served by July 8, 2008.
     c.     Depositions to be completed by June 23, 2008.
     d.     Requests to Admit to be served no later than July 8, 2008.

- 2 -

7.  a.  All expert discovery shall be completed no later than <u>August 22, 2008.</u>

    b.  No later than thirty (30) days <u>prior to</u> the date in paragraph 5, i.e. the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) plaintiff(s)' expert report(s) shall be due before those of defendant(s)' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8.  All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements.

9.  All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10. a.  Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following:
        <u>Some limited discussions have occurred but have not been productive.</u>

    b.  Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:  <u>A settlement conference before a Magistrate Judge.</u>

    c.  Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph b, be employed at the following point in the case (e.g. within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery).  <u>After the close of fact discovery.</u>

    d.  The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions <u>in limine</u> (for which the pre-motion conference requirement is waived) shall be filed by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51 (a)(2)(A), Fed. R. Civ. P. If this action is to be

- 3 -

tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12. Counsel for the parties have conferred and their present best estimate of the length of trial is: 3-4 days.

13.

| Civil Case Management Plan Requirement | |
|---|---|
| Motion to amend or to join additional parties to be filed no later than: | 10/11/07 |
| initial Disclosure pursuant to Rule 26(a)(1), Fed.R.Civ.P. to be served no later than | 9/26/07 |
| All fact discovery to be completed no later than: | 7/08/08 |
| Discovery - initial requests for production of documents to be served no later than: | 11/05/07 |
| Discovery - interrogatories to be served no later than: | 7/08/08 |
| Discovery - depositions to be completed no later than: | 6/23/08 |
| Discovery - requests to admit to be served no later than: | 7/08/08 |
| All expert discovery to be completed no later than: | 8/22/08 |
| Parties to meet to confer on schedule for expert disclosures no later than: | 6/23/08 |
| All counsel to meet face to face to discuss settlement no later than: | 7/18/08 |
| Date recommended by counsel for alternate dispute resolution: | 7/18/08 |

**TO BE COMPLETED BY THE COURT:**

14. The next Case Management is scheduled for Wednesday, July 9, 2008 at 3:00 pm in Courtroom 20-C. The 5/8/08 PTC has been taken off the calendar This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph I(E) of the Court's Individual Practices and shall be made no less than two (2) days prior to the expiration of the date sought to be extended.

Paul A. Crotty
United States District Judge

Dated: New York, New York
April 15, 2008

GOODMAN & SAPERSTEIN

COUNSELLORS AT LAW

600 OLD COUNTRY ROAD

GARDEN CITY, NEW YORK 11530

516-227-2100

STANLEY R. GOODMAN

MARTIN I. SAPERSTEIN

FACSIMILE "FAX"

516-228-8120

NEW JERSEY OFFICE:

375 CEDAR LANE

TEANECK, NJ 07666

201-567-7000

OF COUNSEL

April 17, 2008

MARC C. SAPERSTEIN +

+ ADMITTED IN N.J.

**VIA EMAIL (CrottyNYSDChambers@nysd.uscourts.gov)**

Honorable Paul A. Crotty, USDJ

Southern District of New York

500 Pearl Street, Room 735

New York, New York 10007

Re:    **Burberry Limited UK, Et Ano v. Designers Imports, Inc.**
       **No. CV-07-3997 (PAC) -Parties' Request For Extension of Discovery Cutoff**

Dear Judge Crotty:

We represent the Defendant Designers Imports, Inc. in the above-referenced matter. We are writing on behalf of all parties to respectfully request a 60 day extension of the current discovery schedule. At a Conference before Your Honor on April 9, 2008, the need for this sixty day extension was brought to the Court's attention and the Court indicated that since the parties had not been dilatory with regard to taking discovery, the Court would sign a revised scheduling order.

Accordingly, the parties jointly and respectfully request a 60-day extension of the current schedule as set forth in the attached proposed Revised Scheduling Order("RSO"). In accordance with paragraph 1(E) of the Court's Individual Practices, we note (i) that the original fact discovery cutoff date was January 7, 2008; (ii) that there were two prior requests for an extension of the fact discovery cutoff first to March 7, 2008 and then to May 6, 2007; (iii) that the two previous requests were granted and (iv) that counsel for Plaintiffs joins in this request. Finally, as noted above, a proposed RSO is attached, which we seek the Court to so order.

We thank the Court for it attention to this matter.

Respectfully yours,

GOODMAN & SAPERSTEIN

By: _____

Stanley R. Goodman

cc: Eleanor Lackman, Esq.

Counsel for Plaintiffs